**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Innovasonic, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-1165773** | |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **4292 Keegan St.** <br> **Dublin, CA 94568** | **c/o Brunetti Rougeau LLP** <br> **235 Montgomery St.** <br> **San Francisco, CA 94104** |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Alameda** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | |
|---|---|---|

| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

List all cases. If more than 1, attach a separate list

Debtor   **See Attachment "A"** _____   Relationship _____

District _____   When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case: 22-40936   Doc# 1   Filed: 09/27/22   Entered: 09/27/22 10:01:33   Page 3 of 38

| 16. | Estimated liabilities | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 26, 2022**
                 MM / DD / YYYY

**X /s/ Boris Kobrin** _____
      Signature of authorized representative of debtor

**Boris Kobrin** _____
Printed name

Title    **CEO/Secretary** _____

**18. Signature of attorney**

**X /s/ Gregory A. Rougeau** _____
      Signature of attorney for debtor

Date **September 26, 2022**
       MM / DD / YYYY

**Gregory A. Rougeau 194437** _____
Printed name

**Brunetti Rougeau LLP** _____
Firm name

**235 Montgomery Street, Suite 830**
**San Francisco, CA 94104** _____
Number, Street, City, State & ZIP Code

Contact phone   **(415) 992-8940**     Email address   **grougeau@brlawsf.com** _____

**194437 CA** _____
Bar number and State

**In re Innovasonic, Inc.**

**Attachment "A" to Voluntary Petition.**

      Innovasonic Europe SAS, incorporated and registered in France with company number 851 787 499 whose registered office is at 155 – 157, cours Berriat, 38000 Grenoble, France. Innovasonic Europe is presently a debtor in insolvency proceedings in France, and its value (if any) is therefore unknown. The subsidiary was initially capitalized through $273,000 USD from Debtor, and Debtor retains 100% of the subsidiary's equity. equity Its European counsel is: Richard Klieman, Solicitor (UK), Avocat (Fr.), 29, avenue Félix Viallet, 38000 GRENOBLE, France, Tél : 04 76 86 37 00.

**BOARD RESOLUTION AUTHORIZING CHAPTER 7 BANKRUPTCY FILING**

A special meeting of the Board of Directors of INNOVASONIC, INC. (the "Corporation") was held on September 26, 2022, attended by the Corporation's sole Director, Boris Kobrin. After a discussion, upon motion duly made carried, the following resolutions were adopted:

WHEREAS, the Corporation is in serious financial condition and is unable to continue without debt relief; and

WHEREAS, it appears to the Corporation's Board of Directors that it is in the best interests of the Corporation, its shareholders, and creditors, to commence a case under Chapter 7 of Title 11, United States Bankruptcy Code (the "Bankruptcy Code");

NOW, THEREFORE, be it hereby resolved, that the Board finds and determines that it is in the best interest of the Corporation, its shareholders, and creditors, to commence a case under Chapter 7 of the Bankruptcy Code;

BE IT FURTHER RESOLVED that the Directors be, and each of them hereby is, empowered and directed without further action to prepare, sign and file, or cause to be prepared, signed and filed, a petition for the commencement of a case under Chapter 7 of the Bankruptcy Code, in the United States Bankruptcy Court for the Northern District of California;

BE IT FURTHER RESOLVED that Boris Kobrin, Chief Executive Officer and Secretary of the Corporation, is designated and authorized to act as the "Authorized Individual" for the signing of the Chapter 7 Voluntary Petition and as the Corporation's "Responsible Individual" as may be required by the Local Bankruptcy Rules for the Northern District of California, and

1

BE IT FURTHER RESOLVED that the Directors and agents of the Corporation are authorized, empowered and directed to retain the law firm of Brunetti Rougeau LLP, to commence the aforementioned Chapter 7 case, and to do all things, and to prepare, sign and file all papers or documents necessary or proper to the commencement of said Chapter 7 case; Brunetti Rougeau is authorized to take such actions in the bankruptcy case which Brunetti Rougeau, in its discretion, concludes are necessary to Brunetti Rougeau's and/or the Corporation's fulfillment of its fiduciary obligations in the bankruptcy case.

BE IT FURTHER RESOLVED that this Resolution and its terms hereunder shall remain in effect unless otherwise agreed upon or amended by the Directors.

_____
Boris Kobrin
Chairman/CEO/Secretary

2

# United States Bankruptcy Court
## Northern District of California

In re  **Innovasonic, Inc.**

Debtor(s)

Case No. _____

Chapter  **7**

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.    The undersigned is the attorney for the debtor(s) in this case.

2.    The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a)   For legal services rendered or to be rendered in contemplation of and in connection with this case .................................................................. $        **4,000.00**
   b)   Prior to the filing of this statement, debtor(s) have paid ....................... $        **4,000.00**
   c)   The unpaid balance due and payable is .............................................. $            **0.00**

3.    $   **338.00**   of the filing fee in this case has been paid.

4.    The Services rendered or to be rendered include the following:
   a.    Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b.    Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
   c.    Representation of the debtor(s) at the meeting of creditors.

5.    The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

6.    The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

7.    The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:

8.    The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

Dated:  **September 26, 2022**

Respectfully submitted,

**/s/ Gregory A. Rougeau**

Attorney for Debtor: **Gregory A. Rougeau 194437**
**Brunetti Rougeau LLP**
**235 Montgomery Street, Suite 830**
**San Francisco, CA 94104**
**(415) 992-8940  Fax: (415) 992-8915**
**grougeau@brlawsf.com**

**Fill in this information to identify the case:**

Debtor name    **Innovasonic, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*...............................................................................    $ _____**0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...........................................................................    $ _____**0.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................    $ _____**0.00**

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $ _____**124,500.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $ _____**0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................    +$ _____**709,250.00**

4.   **Total liabilities** ...................................................................................
    Lines 2 + 3a + 3b      $ _____**833,750.00**

Case: 22-40936    Doc# 1    Filed: 09/27/22    Entered: 09/27/22 10:01:33    Page 10 of 38

Debtor name __Innovasonic, Inc.__

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **JP Morgan Chase bank, N.A.** **P.O. Box 182021** **Columbus, OH 43218-2051** | | 2258 | $0.00 |

| 4. | **Other cash equivalents** *(Identify all)* |
| --- | --- |

| 5. | **Total of Part 1.** Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $0.00 |
| --- | --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:              % of ownership

                **Innovasonic Europe SAS, incorporated and registered in France with company number 851 787 499 whose registered office is at 155 – 157, cours Berriat, 38000 Grenoble, France. Innovasonic Europe is presently a debtor in insolvency proceedings in France, and its value (if any) is therefore unknown. The subsidiary was initially capitalized through $273,000 USD from Debtor. Its European counsel is: Richard Klieman, Solicitor (UK), Avocat (Fr.), 29, avenue Félix Viallet, 38000 GRENOBLE, France, Tél : 04**

15.1.    **76 86 37 00.**            **100**    %                            **Unknown**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.**

    Add lines 14 through 16. Copy the total to line 83.                     **$0.00**

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **See Attachment 60.** | Unknown | N/A | Unknown |

61.    **Internet domain names and websites**

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                                                                    **$0.00**

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    **Innovasonic, Inc.**
          Name                                          Case number *(If known)* _____

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

Case: 22-40936    Doc# 1    Filed: 09/27/22    Entered: 09/27/22 10:01:33    Page 14 of 38

| Type | Country | Status | Patent Num | Issue Date | App. Num. | FilingDate | Title | PublicationNum | PublicationDate |
|------|---------|--------|-----------|-----------|-----------|-----------|-------|---------------|----------------|
| Utility: PCT | World Intellectual Property Organization | Published | | | PCT/US16/21836 | 3/10/2016 | TRANSPARENT ULTRASONIC TRANSDUCER FABRICATION METHOD AND DEVICE | WO 2016/149046 | 9/22/2016 |
| Utility: Continuation | United States | Abandoned | | | 15/645,991 | 7/10/2017 | TRANSPARENT ULTRASONIC TRANSDUCER FABRICATION METHOD AND DEVICE | 20180309043 | 10/25/2018 |
| Utility: PCT | World Intellectual Property Organization | Expired | | | PCT/US16/15448 | 1/28/2016 | TRANSPARENT ULTRASONIC TRANSDUCER FABRICATION METHOD AND DEVICE | | |
| Utility: Non-Provisional | United States | Published | | | 16/367,026 | 3/27/2019 | TRANSPARENT ENERGY HARVESTING DEVICE | 20190312531 | 10/10/2019 |
| Utility: Non-Provisional | United States | Issued | 10249520 | 4/2/2019 | 15/616,918 | 6/8/2017 | TRANSFER PRINTING USING ULTRASOUND | 20180358246 | 12/13/2018 |
| Utility: PCT | World Intellectual Property Organization | Published | | | PCT/US19/62576 | 11/21/2019 | DISPLAY WITH ACOUSTIC AND ULTRASONIC FEATURES | | |
| Utility: Non-Provisional | United States | Published | | | 16/690,028 | 11/20/2019 | SELF-CLEANING USING TRANSPARENT ULTRASONIC ARRAY | 20200086346 | 3/19/2020 |
| Utility: Non-Provisional | United States | Issued | 10754385 | 8/25/2020 | 16/425,487 | 5/29/2019 | Display with acoustic or ultrasonic features | 20200012319 | 1/9/2020 |
| Utility: Non-Provisional | United States | Published | | | 16/723,788 | 12/20/2019 | DISPLAY COVER GLASS WITH PIEZOELECTRIC TRANSDUCER ARRAY | 20200122196 | 4/23/2020 |
| Utility: Non-Provisional | United States | Pending | | | 17/211,088 | 3/24/2021 | TOUCH SCREEN DISPLAY DISINFECTION | | |
| Utility: Non-Provisional | United States | Pending | | | 17/211,397 | 3/24/2021 | FINGERPRINTS REMOVAL FROM A TOUCH SCREEN | | |
| Utility: Non-Provisional | United States | Pending | | | 17/389,054 | 7/29/2021 | AUTOMATIC SURFACE DISINFECTION | | |

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

| | |
|---|---|
| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | |

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **U.S. Small Business Administration**<br><small>Creditor's Name</small><br><br>**409 Third St., SW**<br>**Washington, DC 20416**<br><small>Creditor's mailing address</small><br><br><br><small>Creditor's email address, if known</small><br><br>**Date debt was incurred**<br>**6/2/2020**<br>**Last 4 digits of account number**<br>**7800**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Economic Injury Disaster Loan**<br><br><br>Describe the lien<br>**Non-Purchase Money Security**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $124,500.00 | Unknown |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $124,500.00

### Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **Innovasonic, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| | | | |

**2.1**   Priority creditor's name and mailing address        As of the petition filing date, the claim is:     **$0.00**     **$0.00**

**California State Board of Equalization**
**Account Information Group,**
**MIC:29**
**P.O. Box 942879**
**Sacramento, CA 94279-0029**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☒ No
☐ Yes

---

**2.2**   Priority creditor's name and mailing address        As of the petition filing date, the claim is:     **$0.00**     **$0.00**

**Contra Costa County**
**Tax Collector**
**P.O. Box 7002**
**San Francisco, CA 94120-7002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☒ No
☐ Yes

53443

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Employment Development Department**
**7677 Oakport St., Suite 400**
**Oakland, CA 94621**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | | $0.00 | $0.00 |
|---|---|---|---|---|

**Employment Development Dept.**
**Bankruptcy Unit- MIC 92E**
**P.O. Box 826880**
**Sacramento, CA 94280**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | | $0.00 | $0.00 |
|---|---|---|---|---|

**Franchise Tax Board**
**Bankruptcy Unit**
**P.O.Box 2952**
**Sacramento, CA 95812**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | | $0.00 | $0.00 |
|---|---|---|---|---|

**Franchise Tax Board**
**P.O. Box 1673**
**Sacramento, CA 95812**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Case: 22-40936   Doc# 1   Filed: 09/27/22   Entered: 09/27/22 10:01:33   Page 18 of 38

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **Franchise Tax Board** | Check all that apply. | | |
| | **P.O. Box 942867** | ☐ Contingent | | |
| | **Sacramento, CA 94267-0011** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Notice only.** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **Internal Revenue Service** | Check all that apply. | | |
| | **Special Procedures Section** | ☐ Contingent | | |
| | **1301 Clay St., Stop 1400S** | ☐ Unliquidated | | |
| | **Oakland, CA 94612** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Notice only.** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **Internal Revenue Service** | Check all that apply. | | |
| | **P.O. Box 105416** | ☐ Contingent | | |
| | **Atlanta, GA 30348-5416** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Notice only.** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **Internal Revenue Service** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | **Ogden, UT 84201-0030** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Notice only.** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

Case: 22-40936   Doc# 1   Filed: 09/27/22   Entered: 09/27/22 10:01:33   Page 19 of 38

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Securities and Exchange**
**Commission**
**Attn: Bankruptcy Counsel**
**5670 Wilshire Blvd., Floor 11**
**Los Angeles, CA 90036**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

   **3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | **Amount of claim** |

---

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,250.00** |

**ACG- Certified Public Accountants**
**5020 Franklin Dr., Suite 100**
**Pleasanton, CA 94588**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Services rendered.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** |

**James J. Kuffner,Jr.,Ph.D.**
**1917 NW 86th Cir.**
**Vancouver, WA 98665**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  3/12/2019**

**Last 4 digits of account number** __

Basis for the claim:  **Unsecured Convertible Promissory Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |

**Jibjigger R Ltd.**
**Griva Digeni 89**
**Limassol, 3101**
**CYPRUS**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  3/12/2019**

**Last 4 digits of account number** __

Basis for the claim:  **Unsecured Convertible Promissory Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 22-40936   Doc# 1   Filed: 09/27/22   Entered: 09/27/22 10:01:33   Page 20 of 38

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|-----|--------------------------------------------------|-----------------------------------------------------------------------|------------|

**3.4**

Nonpriority creditor's name and mailing address

Julian Zegelman
Attn: Julian Zegelman
2130 Millennium Dr Ste. 02-109
Los Angeles, CA 90094

As of the petition filing date, the claim is: *Check all that apply.*      **$50,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/12/2019

Basis for the claim:  Unsecured Convertible Promissory Note

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.5**

Nonpriority creditor's name and mailing address

National Science Foundation
Attn:  Willis Phan
2415 Eisenhower Avenue
Alexandria, VA 22314

As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Small Business Innovation Research(SBIR)/ Small Business Technology Transfer (STTR) Grant; notice only.

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.6**

Nonpriority creditor's name and mailing address

Orbita Capital Partners
Bolshoy Savvinsky per., 8, Bld. 1
Unit 1, Part of Room 6
Khamovniki municipal district
Moscow, RUSSIA 119435

As of the petition filing date, the claim is: *Check all that apply.*      **$375,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Unsecured Convertible Promissory Note.

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.7**

Nonpriority creditor's name and mailing address

Venture Development Partners
12130 Millenium, Suite 02-109
Los Angeles, CA 90094

As of the petition filing date, the claim is: *Check all that apply.*      **$30,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Unsecured Convertible Promissory Note

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|-----|---------------------------|---------------------------------------------------------------------------|------------------------------------------|
| 4.1 | Digital Evolution Partners<br>Bolshaya Polyanka 2/10, 1<br>Moscow 119180 RUSSIA | Line  **3.6**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | Orbita Capital Partners<br>Bolshoy Savvinsky per., 8, Bld. 1<br>Unit 1, Part of Room 6<br>Khamovniki municipal district<br>Moscow, RUSSIA 119435 | Line  **3.6**<br><br>☐ Not listed. Explain ____ | __ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|--|--|--|------------------------|
| 5a. Total claims from Part 1 | 5a. | $ | **0.00** |
| 5b. Total claims from Part 2 | 5b. | + $ | **709,250.00** |

Case: 22-40936   Doc# 1   Filed: 09/27/22   Entered: 09/27/22 10:01:33   Page 21 of 38

Debtor    **Innovasonic, Inc.**                              Case number (if known) _____
          _____
          Name

**5c. Total of Parts 1 and 2**                                    5c.   $ _____ **709,250.00**
Lines 5a + 5b = 5c.

Case: 22-40936   Doc# 1   Filed: 09/27/22   Entered: 09/27/22 10:01:33   Page 22 of 38

**Fill in this information to identify the case:**

Debtor name    **Innovasonic, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases      12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Debtor name **Innovasonic, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.1 | _____ | Street | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | | City        State        Zip Code | | |
| 2.2 | _____ | Street | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | | City        State        Zip Code | | |
| 2.3 | _____ | Street | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | | City        State        Zip Code | | |
| 2.4 | _____ | Street | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | | City        State        Zip Code | | |

Fill in this information to identify the case:

Debtor name    **Innovasonic, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule* ____
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 9, 2022**     X **/s/ Boris Kobrin**
                                              Signature of individual signing on behalf of debtor

                                              **Boris Kobrin**
                                              Printed name

                                              **CEO/Secretary**
                                              Position or relationship to debtor

Debtor name **Innovasonic, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2022** to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:** From  **1/01/2021** to **12/31/2021** | ☑ Operating a business<br>☑ Other  **SBIR Grant** | **$316,175.00** |
| **For year before that:** From  **1/01/2020** to **12/31/2020** | ☑ Operating a business  **Intercompany loan (Innovasonic Europe SAS)**<br>☑ Other | **$145,078.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| | | | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount

Case: 22-40936     Doc# 1     Filed: 09/27/22     Entered: 09/27/22 10:01:33     Page 26 of 38

may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| JPMorgan Chase Bank, N.A. P O Box 182051 Columbus, OH 43218 | **Debtor's bank accoutn has been assessed various fees which have resulted in a negative bank account balance; the precise amount owed is unknown, but is approximately $500.00.** <br> Last 4 digits of account number:    2258 | | **Unknown** |

---

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Case: 22-40936    Doc# 1    Filed: 09/27/22    Entered: 09/27/22 10:01:33    Page 27 of 38

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?  Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Brunetti Rougeau LLP 235 Montgomery Street, Suite 830 San Francisco, CA 94104** | **Attorney Fees (Chapter 7 Retainer)** | **May 26, 2022** | **$4,000.00** |
| | Email or website address  **grougeau@brlawsf.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer?  Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **4292 Keegan St. Dublin, CA 94568** **Note: This address remains the Debtor's address of record. It no longer has a physical address, apart from that of counsel.** | **Continuously, through June 2022.** |

---

**Part 8:**   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

---

Case: 22-40936    Doc# 1    Filed: 09/27/22    Entered: 09/27/22 10:01:33    Page 30 of 38

| Debtor | Innovasonic, Inc. | Case number (if known) | |

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.1.  **Innovasonic Europe SAS**<br>**155-157 cours Berriat**<br>**38000 Grenoble FRANCE** | **European wholly owned subsidiary, also a technology company.  Presently a debtor in insolvency proceedings in France.** | EIN:<br><br>From-To   **June 20, 2019- Present (though in insolvency)** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **ACG- Certified Public Accountants**<br>**5020 Franklin Dr., Suite 100**<br>**Pleasanton, CA 94588** | **Previous two years from Petition Date, continuously.** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **ACG- Certified Public Accountants**<br>**5020 Franklin Dr., Suite 100**<br>**Pleasanton, CA 94588** | **Certain records may be unavailable in that the company formerly used Quickbooks, and its subscription has expired.** |
| 26c.2.  **Boris Kobrin**<br>**8275 SE 160th Ave.**<br>**Portland, OR 97236** | **Certain records may be unavailable in that the company formerly used Quickbooks, and its subscription has expired.  Mr. Kobrin has also moved out of state.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Boris Kobrin** | **8275 SE 160th Ave.**<br>**Portland, OR 97236** | **CEO; Director; Shareholder.** | **71.17% equity interest.** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Julian Zegelman | 2130 Millennium Dr Ste. 02-109 Los Angeles, CA 90094 | Former director; equity shareholder. | 20.33% equity interest. |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __September 26, 2022__

**/s/ Boris Kobrin**                                    **Boris Kobrin**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **CEO/Secretary**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

# United States Bankruptcy Court
## Northern District of California

In re    **Innovasonic, Inc.**                      Case No. _____

                                 Debtor(s)                 Chapter _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Boris Kobrin**<br>**8275 SE 160th Ave.**<br>**Portland, OR 97236** | **Common** | | **71.17% equity interest.** |
| **Julian Zegelman**<br>**2130 Millennium Dr Ste. 02-109,**<br>**Los Angeles, CA 90094** | **Common** | | **20.33% equity interest.** |
| **Joseph Geddes**<br>**1790A Highland Place**<br>**Berkeley, CA 94709** | **Common** | | **2.54% equity interest.** |
| **James Kuffner**<br>**1917 NW 86th Cir.**<br>**Vancouver, WA 98665** | **Common** | | **4.95% equity interest.** |
| **EvoNexus**<br>**4250 Executive Square, Ste 675**<br>**La Jolla, CA 92037** | **Common** | | **1.01% equity interest.** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **September  26, 2022**                Signature   **/s/ Boris Kobrin**

                                                       **Boris Kobrin**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                    Case No.

**Innovasonic, Inc.**

_____ Debtor(s).        /

**CREDITOR MATRIX COVER SHEET**

    I declare that the attached Creditor Mailing Matrix, consisting of __4__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **September 26, 2022**

**/s/ Gregory A. Rougeau**
_____
Signature of Debtor's Attorney or Pro Per Debtor

ACG- Certified Public Accountants
5020 Franklin Dr., Suite 100
Pleasanton, CA 94588


Boris Kobrin
8275 SE 160th Ave.
Portland, OR 97236


California State Board of Equalization
Account Information Group, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0029


Contra Costa County
Tax Collector
P.O. Box 7002
San Francisco, CA 94120-7002


Digital Evolution Partners
Bolshaya Polyanka 2/10, 1
Moscow 119180 RUSSIA


Employment Development Department
7677 Oakport St., Suite 400
Oakland, CA 94621


Employment Development Dept.
Bankruptcy Unit- MIC 92E
P.O. Box 826880
Sacramento, CA 94280


EvoNexus
4250 Executive Square, Suite 675
La Jolla, CA 92037

Franchise Tax Board
Bankruptcy Unit
P.O.Box 2952
Sacramento, CA 95812


Franchise Tax Board
P.O. Box 1673
Sacramento, CA 95812


Franchise Tax Board
P.O. Box 942867
Sacramento, CA 94267-0011


Internal Revenue Service
Special Procedures Section
1301 Clay St., Stop 1400S
Oakland, CA 94612


Internal Revenue Service
P.O. Box 105416
Atlanta, GA 30348-5416


Internal Revenue Service
Ogden, UT 84201-0030


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


James J. Kuffner,Jr.,Ph.D.
1917 NW 86th Cir.
Vancouver, WA 98665

James Kuffner
1917 NW 86th Cir.
Vancouver, WA 98665


Jibjigger R Ltd.
Griva Digeni 89
Limassol, 3101
CYPRUS


Joseph Geddes
1790A Highland Place
Berkeley, CA 94709


Julian Zegelman
Attn: Julian Zegelman
2130 Millennium Dr Ste. 02-109
Los Angeles, CA 90094


Julian Zegelman
2130Millenium Sr., Suite 02-109
Los Angeles, CA 90094


National Science Foundation
Attn: Willis Phan
2415 Eisenhower Avenue
Alexandria, VA 22314


Orbita Capital Partners
Bolshoy Savvinsky per., 8, Bld. 1
Unit 1, Part of Room 6
Khamovniki municipal district
Moscow, RUSSIA 119435


Securities and Exchange Commission
Attn: Bankruptcy Counsel
5670 Wilshire Blvd., Floor 11
Los Angeles, CA 90036

```
U.S. Small Business Administration
409 Third St., SW
Washington, DC 20416


Venture Development Partners
12130 Millenium, Suite 02-109
Los Angeles, CA 90094
```